# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Edward Grinelle **06-231 C**

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Sean D. Magenis

Firm Name: Kelly & Associates, LLC

Post Office Box:

Street Address: 96 High Street

City-State-Zip: Belfast, Maine 04915

Telephone & Facsimile Numbers: (207) 338-2702 and (207) 338-0328 Fax

E-mail address: kellylaw@adelphia.net

Is the attorney of record admitted to the Court of Federal Claims Bar? YES
If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 1 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: P S

**See attached Sheet for three digit code.**

Amount Claimed: $To be determined

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** N/A

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005