**EXHIBIT A**

NORTHEAST AREA OFFICE

UNITED STATES POSTAL SERVICE

May 20, 2005

Edward Grinnell
1710 Atlantic Highway
Warren, ME 04864

**Certified RRR** 7004 2510 0002 2635 2632

Dear Mr. Grinnell:

Reference the enclosed. It has been reported to this office, that an investigation concerning an allegation of a hostile work environment was conducted by representatives of the District of Maine Performance Cluster. Based on the findings and recommendations of this committee, and the Administrative Official for your contract, I have made an administrative determination that you be denied access to the mail, and all Postal Facilities. It is your responsibility to ensure that your I.D. badge is returned to the Administrative Official for this contract.

You have the right to appeal this decision through this office to the next Higher Level of Contracting Authority. In this case, that individual will be Mr. Russell Sykes, Manager Surface Transportation CMC. Your appeal should be in writing, and forwarded through my office within five (5) days of receipt of this notification. Upon receipt, I will forward your appeal to Mr. Sykes, and he will advise you of his final decision directly.

If you have any questions regarding the above, please feel free to call me at (860) 285-7027.

Sincerely,

Joseph G. Arsenault
Transportation Contracting Officer

Cc: Philip S. Cohen, Esq.

6 GRIFFIN ROAD N
WINDSOR CT 06006-7000

09/12/05 11:51am P. 005 207 832 7929 COHEN & COHEN
Received at: 10:05AM, 9/12/2005