IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EDWARD GRINELL<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>Defendant. | ) | 06-231C<br>(Chief Judge Damich) |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO STAY**

Pursuant to Rule 7 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully opposes plaintiff's motion to stay this case.

Plaintiff, Edward Grinell, requests that this Court stay this case for six months to allow him to pursue his claim before the United States Postal Service Board of Contract Appeals ("BCA"). Pl. Mot. 2.[1] A stay, however, would be inappropriate at this time. First, under the Election Doctrine, Mr. Grinnel may pursue his claim before either the BCA or before this Court, but not both. See National Neighbors, Inc. v. U.S., 839 F.2d 1539, 1542 (Fed. Cir. 1988). Second, it is questionable, from the face of Mr. Grinell's complaint, whether he raises a valid claim under the Contract Disputes Act. See 41 U.S.C. 601 et seq. We intend to explore these issues thoroughly and file an appropriate dispositive motion or an answer to Mr. Grinell's complaint. Our answer is currently due on May 23, 2006. If we determine, in the meantime, that a stay of this case is appropriate, we will confer with opposing counsel and take appropriate action.

[1] "Pl. Mot. __" refers to "Plaintiff's Motion to Stay Proceedings."

## CONCLUSION

For these reasons, the United States opposes Mr. Grinnel's motion to stay proceedings in this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel. (202) 305-7573
Fax. (202) 514-8624

April 17, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 17th day of April, 2006, a copy of the foregoing "DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO STAY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Sean B. McNamara