IN THE UNITED STATES COURT
OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EDWARD GRINNELL<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES POSTAL SERVICE<br><br>Defendant | ) | Civil Action No. **06-231 C** |

PLAINTIFF'S MOTION FOR LEAVE TO AMEND
AMENDED COMPLAINT

Plaintiff in the above captioned matter, by and through undersigned counsel, hereby moves this Court, pursuant to Fed. Cl. R. 15(a), to amend its Amended Complaint filed on March 30, 2006 on the following grounds:

ARGUMENT AND MEMORANDUM OF LAW

A Party may amend a pleading by leave of the Court. Fed. Cl. R. 15(a). Plaintiff seeks to amend its Amended Complaint to conform with this Court's requirement, pursuant to Fed. Cl. R. 11, that all pleadings and motions be marked as signed by a party or attorney with "/s/". Plaintiff's Amended Complaint inadvertently omitted the required "/s/". An Amended Complaint including the required signature is attached hereto as Exhibit A and incorporated herein by reference.

WHEREFORE, Plaintiff prays this Court grant its Motion for Leave to Amend Motion to Stay, grant Plaintiff leave to amend its Amended Complaint, docket Plaintiff's Amended Complaint, and grant all such other and further relief as this Court deems just.

Dated: April 13, 2006

Respectfully submitted,
KELLY & ASSOCIATES, LLC

by: /s/ Sean D. Magenis

Sean D. Magenis, Esq., Bar #9495
Attorney for Plaintiff
96 High Street
Belfast, Maine 04915
207-338-2702
207-338-0328 (fax)