IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EDWARD GRINNELL, | ) | |
| Plaintiff, | ) | |
| v. | ) | 06-231 C<br>(Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's Order of April 27, 2006, the Parties submit this Joint Status Report concerning further proceedings in this matter. The Postal Service Board of Contract Appeals ("the Board") has issued an order, dated May 4, 2006, stating that, while there is no objection to the timeliness of the appeal from the Government or the BCA, the Board does not have jurisdiction over the equitable claims of Edward Grinnell ("Grinnell"). The Board further ordered that the matter before it be stayed for sixty (60) days to allow Grinnell to submit a monetary claim to the contracting officer. The Board has further ordered the contracting officer to respond within thirty (30) days of Grinnell's monetary claim. Grinnell has submitted a monetary claim to the contracting officer and a decision on that claim should be rendered before June 27, 2006, pursuant to the order of the Board.

Given the foregoing, and the agreement of the parties that it would conserve judicial resources and avoid delay to have the entirety of Grinnell's claims heard before the same tribunal, the Parties propose the following course of action:

1. The stay currently in place pursuant to this Court's April 27, 2006, Order shall remain in place until June 27, 2006, as originally ordered.
2. The Parties shall submit a Joint Status Report to this Court on June 27 or within seven (7) days of Grinnell's receipt of the contracting officer's decision on his monetary claim, whichever occurs first.
3. Grinnell shall, contemporaneously with the Parties' submission of their Joint Status Report, either dismiss the action currently pending in this Court or amend his Complaint before this Court and dismiss the action before the Board.

Respectfully submitted,

Dated: May 18, 2006

/s Sean D. Magenis
SEAN D. MAGENIS
Kelly & Associates, LLC
96 High Street
Belfast, Maine 04915
207-338-2702
207-338-0328 (fax)
Attorney for Plaintiff

Dated: May 18, 2006

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s Sean B. McNamara

SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
(202) 305-7573
(202) 514-8624 (fax)
Attorneys for defendant