IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EDWARD GRINNELL, | ) | |
| Plaintiff, | ) | |
| v. | ) | 06-231 C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's Order of May 25, 2006, the parties submit this Joint Status Report concerning further proceedings in this matter. The contracting officer has provided plaintiff with a decision denying plaintiff's claim for monetary damages pursuant to Highway Contract Route 04530. This decision is dated June 16, 2006.

The parties are engaged in settlement discussions and plaintiff has submitted, contemporaneously with this report, a Motion to Stay proceedings for 60 days to allow for further discussion. Should the Court grant the motion to stay, at the expiration of the stay, plaintiff anticipates dismissing the claim upon settlement or filing an amended complaint in this Court and proceeding thereunder.

Respectfully submitted,

Dated: June 23, 2006

s/ Sean D. Magenis
SEAN D. MAGENIS
Kelly & Associates, LLC
96 High Street
Belfast, Maine 04915
207-338-2702
207-338-0328 (fax)
Attorney for Plaintiff

Dated: June 23, 2006

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
(202) 305-7573
(202) 514-8624 (fax)
Attorneys for defendant