IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| EDWARD GRINNELL,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | 06-231 C<br>(Chief Judge Damich) |

**PLAINTIFF'S SECOND MOTION TO STAY**

Plaintiff in the above captioned matter, by and through undersigned counsel, hereby moves this Court, pursuant to Rule 6 of the Rules of the United States Court of Federal Claims ("RCFC") to stay proceedings in this matter.

The Parties are engaged in settlement discussions regarding all claims before this Court and a further stay of the proceedings before this Court for a period of sixty (60) days will allow the Parties to continue settlement discussions.

WHEREFORE, Appellant prays this Court grant its Motion to Stay, order that Appellant shall file an Amended Complaint within 60 days of the Court's Order and grant all such other and further relief as this Court deems just.

Respectfully submitted,

Dated: June 23, 2006

s/ Sean D. Magenis

SEAN D. MAGENIS
Kelly & Associates, LLC
96 High Street
Belfast, Maine 04915
207-338-2702
207-338-0328 (fax)
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I, Sean D. Magenis, Esq., hereby certify that on this 22d day of June, 2006, I electronically filed Plaintiff's Motion to Stay using the CM/ECF system which will send notification of such filing(s) to the following:

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

BRIAN M. SIMKIN
Assistant Director

SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
(202) 305-7573
(202) 514-8624 (fax)
Attorneys for defendant

s/ Sean D. Magenis
Sean D. Magenis