SUPPLY MANAGEMENT

**EXHIBIT B**

UNITED STATES POSTAL SERVICE

August 8, 2005

Mr. Edward Grinnell
1710 Atlantic Way
Warren, ME 04864-9801

Dear Mr. Grinnell:

Your appeal of the decision by the Contracting Officer to deny you access to the mail (HCR 04530) has been forwarded to this office for adjudication.

From the record, the Contracting Officer denied you access to the mail because of your unprofessional behavior (sexual harassment) displayed while on postal property. These actions resulted in the creation of a hostile work environment with female postal employees. I have reviewed the documentation submitted with your appeal and it supports the facts as presented.

In adjudicating denial of access appeals, I look at the record to determine if there is evidence that the decision by the Contracting Officer was capricious, arbitrary, or in violation of postal regulations. In this case, there is no such evidence. Based on the information provided in the packet and the MI PO-530-2004-2, Disqualifying Factors-Section 131.2 (6), your appeal is denied.

Sincerely,

(signed) Russell A. Sykes

Russell A. Sykes
Manager, Surface Transportation, CMC

cc: Joseph G. Arsenault, Manager, Transportation Contracts Northeast Area
Philip S. Cohen, Esq.

SURFACE TRANSPORTATION CMC
475 L'ENFANT PLAZA SW, ROOM 4630
WASHINGTON DC 20260-6210
202-268-3029
FAX: 202-268-4313

09/12/05 11:51am P. 002 207 832 7929 COHEN & COHEN
Received at: 10:05AM, 9/12/2005