MANAGER, TRANSPORTATION CONTRACTS
NORTHEAST AREA OFFICE

EXHIBIT C

RECEIVED JUN 19 2006 BY:

UNITED STATES POSTAL SERVICE

June 16, 2006

Sean D. Magenis, Esq.
Kelly & Associates, LLC.
96 High Street
Belfast, ME. 04915

CRR# 7005 0390 0004 9468 6814

Subject: Edward Grinnell; Contract 04530

This responds to your letter of May 17, 2006, in which you submitted a claim for moneys owed on behalf of Mr. Edward Grinnell, in the amount of $20,253.43. The basis for the claim as written, is Mr. Grinnell's expectation that this amount would have been paid to him personally under the contract for the term of May 2005 to May 2006. In addition, Mr. Grinnell demands he again be given access to the mails.

Please be advised that I have reviewed your letter of request, and I respond as follows. As for the monetary request for $20,253.43 which represents the amount Mr. Grinnell expected to personally receive under this contract, I cannot consent to this payment. The specific reason is Mr. Grinnell was not allowed to operate this contract based on actions he personally took on not one, but two, separate incidents involving two different employees of the USPS. Based on the information provided to me by the District of Maine review board, I then took the action to deny Mr. Grinnell access to the mail. My decision was then subsequently appealed to the Next Higher Level of contracting authority, where the decision was upheld. Had Mr. Grinnell not engaged in the inappropriate actions, none of the above would have occurred. In addition, Mr. Grinnell had in his contract a walk away clause that would have allowed him to exit the contract without incurring any additional costs, on 60 days notice. He could have exercised this at any time, and he chose not to do so.

As for the access to the mail issue, again I cannot agree to this request. The action was taken after reviewing the findings of the District Review Board, and was upheld in appeal to the Next Higher Level of contracting authority. Therefore my original denial action stands.

This is the final decision of the Contracting Officer. Under the Contract Disputes Act of 1978 and Section H.2 (Clause B.9) of your contract entitled Claims and Disputes, you may Appeal this decision to the Postal Service Board of Contract Appeals. If you decide to make an appeal to the Board of Contract Appeals, you must provide written notice (preferably in triplicate) to the contracting officer within 90 days from the date you receive this decision. The notice should identify the contract by number, reference this decision, and indicate that you intend to appeal. In lieu of appealing this decision to the Board of Contract Appeals, you may bring an action on the claim in the United States Court of Claims. You must file this action within twelve (12) months of the date you receive this decision.

Sincerely,

Joseph G. Arsenault
Transportation Contracting Officer

6 GRIFFIN RD NORTH
WINDSOR, CT 06006-7070
860-285-7027
FAX: 860-285-1284

6/20/06