# In the United States Court of Federal Claims

No. 06-231 C

(Filed: September 12, 2006)

******************************
**EDWARD GRINELL,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
******************************

**ORDER**

It is hereby ORDERED that Defendant shall answer Plaintiff's amended complaint, filed on August 25, 2006, on or before Monday, September 25, 2006.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge