IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EDWARD GRINNELL | ) | |
| Plaintiff, | ) | |
| v. | ) | 06-231 C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED
MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 15 days, to and including October 10, 2006, within which to file its response to plaintiff's complaint. Defendant's response is now due to be filed on September 25, 2006. This is defendant's first request for an enlargement of time for this purpose. Defendant has contacted plaintiff's counsel, who has indicated that plaintiff does not oppose this request.

An enlargement of time is necessary to permit the Government time to prepare its response to Mr. Grinnell's complaint. The undersigned has recently had to devote his time and resources to drafting the United States' principal briefs on appeal in Alan Waller v. Francis J. Harvey, Secretary of the Army, No. 06-1327 (Fed. Cir.) (Government's brief due on September 18, 2006) and O'Connor v. Office of Personnel Management, No. 06-3267 (Fed. Cir.) (Government's brief due on September 19, 2006), preparing for oral argument in Gardiner, Kamya & Associates, P.C., v. Alphonso Jackson, Secretary of Housing and Urban Development, No. 05-1524 (Fed. Cir.) (argument on September 8, 2006) and Hughes v. Department of Labor, No. 05-3312 (Fed. Cir.) (argument scheduled for October 4, 2006), defending the United States in two bid protest actions filed in the United States Court of Federal Claims, CHE Consulting,

Inc. v. United States, No. 06-517 (Fed. Cl.) (reply brief due on September 21, 2006, and oral argument scheduled for September 22, 2006) and Textron, Inc. v. United States, No. 06-453 (Fed. Cl.) (Government's motion for judgment on the administrative record due on September 22, 2006), and defending the United States in G.E. Capital, Inc. v. United States, No. 06-210 (Fed. Cl.), S&M Management v. United States, No. 06-155 (Fed. Cl.), Todd Construction v. United States, No. 06-381 (Fed. Cl.), H&R Services v. United States, No. 06-582 (Fed. Cl.), Affourtit v. United States, No. 06-81, and United States v. XL Speciality, No. 06-131 (CIT).

Once Government counsel has had sufficient time to complete a draft of the Government's response to Mr. Grinnell's complaint, the Postal Service will then comment upon the draft. After receipt of the Postal Service's comments, additional time will be necessary to review those comments, prepare our response, and obtain necessary supervisory review of the response.

For the foregoing reasons, we respectfully request that our motion be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tel: (202) 305-7573
Fax: (202) 514-8624

September 22, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 22nd day of September, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Sean B. McNamara

IN THE UNITED STATES COURT OF APPEALS

FOR THE FEDERAL CIRCUIT

AMTEC CORPORATION, )
)
Plaintiff-Appellant, )
)
v. ) 2006-5086
)
UNITED STATES, )
)
Defendant-Appellee. )

DECLARATION OF SEAN B. McNAMARA

I, Sean B. McNamara, state the following:

1. I am an attorney with the Department of Justice, Civil Division, Commercial Litigation Branch, Washington, D.C. In that capacity, I am counsel of record in Amtec Corporation v. United States, Fed. Cir. No. 2006-5086.

2. An enlargement of time is necessary to permit completion of the drafting of our brief. In addition to scheduled annual leave, I have recently had to devote my time and resources to drafting the United States' principal briefs on appeal in Alan Waller v. Francis J. Harvey, Secretary of the Army, No. 06-1327 (Fed. Cir.) and O'Connor v. Office of Personnel Management, No. 06-3267 (Fed. Cir.), preparing for oral argument in Gardiner, Kamya & Associates, P.C., v. Alphonso Jackson, Secretary of Housing and Urban Development, No. 05-

1524 (Fed. Cir.) and Hughes v. Department of Labor, No. 05-3312 (Fed. Cir.), defending the United States in two bid protest actions filed in the Court of Federal Claims, CHE Consulting, Inc. v. United States, No. 06-517 (Fed. Cl.) and Textron, Inc. v. United States, No. 06-453 (Fed. Cl.), and defending the United States in G.E. Capital, Inc. v. United States, No. 06-210 (Fed. Cl.), S&M Management v. United States, No. 06-155 (Fed. Cl.), Todd Construction v. United States, No. 06-381 (Fed. Cl.), H&R Services v. United States, No. 06-582 (Fed. Cl.), Grinnell v. United States Postal Service, No. 06-231 (Fed. Cl.), Affourtit v. United States, No. 06-81, and United States v. XL Speciality, No. 06-131 (CIT).

3. This enlargement of time is also necessary to allow the Army sufficient time to participate in this case.

4. Army officials involved with the case are currently occupied with duties related to the end of the fiscal year, on September 30, 2006.

5. Once I have had sufficient time to complete a draft of the Government's brief, the Army will then comment upon the brief. After receipt of the Army's comments, additional time will be necessary to review those comments, prepare our brief, and obtain necessary supervisory review of the brief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing are true and correct. Executed on September ___, 2006.

______________________________
SEAN B. McNAMARA