IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EDWARD GRINNELL | ) | |
| Plaintiff, | ) | |
| v. | ) | 06-231 C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S FOURTH UNOPPOSED
MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 14 days, to and including November 21, 2006, within which to file its response to plaintiff's complaint. Defendant's response is now due to be filed on November 7, 2006. This is defendant's fourth request for an enlargement of time for this purpose. Defendant has contacted plaintiff's counsel, who has indicated that plaintiff does not oppose this request.

The Government seeks this enlargement because the parties have reached an agreement to settle this case, but require more time to draft a settlement agreement, which will potentially result in the voluntary dismissal of this matter. An enlargement of 14 days within which to respond will allow us to complete the settlement process, or, if need be, prepare a response to Mr. Grinnell's complaint.

For the foregoing reasons, we respectfully request that our motion be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin by Todd M. Hughes
BRIAN M. SIMKIN
Assistant Director

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 305-7573
Fax: (202) 514-8624

November 7, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 7th day of November, 2006, a copy of the foregoing "DEFENDANT'S FOURTH UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Sean B. McNamara