IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EDWARD GRINNELL<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) | 06-231 C<br>(Chief Judge Damich) |

DEFENDANT'S MOTION FOR LEAVE TO FILE AN OUT OF TIME
FIFTH UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests that the Court grant its motion for leave to file an out of time motion for an enlargement of time of 14 days, to and including December 5, 2006, within which to file its response to plaintiff's complaint. Defendant's response was due to be filed on November 21, 2006. This is defendant's fifth request for an enlargement of time for this purpose. Defendant has contacted plaintiff's counsel, who has indicated that plaintiff does not oppose this request.

The Government seeks this enlargement because the parties have reached an agreement to settle this case, but require more time to draft a settlement agreement, which will potentially result in the voluntary dismissal of this matter. Counsel for the agency has been out of the office for the last two weeks, and we have been unable to make progress on the terms of the settlement agreement. We anticipate that an enlargement of 14 days within which to respond will allow us to complete the settlement process, or, if need be, prepare a response to Mr. Grinnell's complaint. Our failure to file this motion for an enlargement of time yesterday was the result of an oversight by Government counsel; if we determine that 14 days is insufficient to complete the settlement process, we will timely file a motion to enlarge.

For the foregoing reasons, we respectfully request that our motion be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 305-7573
Fax: (202) 514-8624

November 22, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 22nd day of November, 2006, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE AN OUT OF TIME FIFTH UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Sean B. McNamara