IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| EDWARD GRINNELL,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | 06-231 C<br>(Chief Judge Damich) |

JOINT STIPULATION OF DISMISSAL

Pursuant to Court of Federal Claims Rule 41(a)(1)(ii), defendant, the United States, and plaintiff, Edward Grinnell, hereby stipulate to dismissal of this action with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Sean D. Magenis
SEAN D. MAGENIS
Kelly & Associates, LLC
96 High Street
Belfast, ME 04915

Attorney for Plaintiff

DATED: December 5, 2006

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7573
Fax: (202) 514-8624

Attorneys for Defendant

DATED: December 5, 2006

CERTIFICATE OF FILING

I hereby certify that on December 5, 2006, a copy of the foregoing "JOINT STIPULATION OF DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sean B. McNamara

SEAN B. McNAMARA